UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Ashley Rayne Johnston,

                              Plaintiff,                        25-cv-07421-KMK-VR

           -against-                                     **ORDER**

Commissioner of Social Security,

                             Defendant.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

    On October 8, 2025, in accordance with a standing order issued by Chief Judge Swain (amended on October 2, 2025), this Court issued an order staying all deadlines in this action, due to a lapse of funding to the United States Department of Justice. (ECF No. 137).

    As of November 12, 2025, the funding was restored. Accordingly, the stay is hereby lifted. The deadline for Defendant to file the administrative record is extended to December 23, 2025.

    **SO ORDERED.**

DATED:    White Plains, New York
                11/18/2025

_____
VICTORIA REZNIK
United States Magistrate Judge

1