UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLEY RAYNE JOHNSTON,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 25-CV-7421 (KMK)

ORDER ADOPTING REPORT & RECOMMENDATION

KENNETH M. KARAS, United States District Judge:

On September 8, 2025, Ashley Rayne Johnston ("Plaintiff") brought this case pursuant to 42 U.S.C. §§ 405(g) seeking judicial review of a final determination by the Commissioner of Social Security to deny Plaintiff's application for disability benefits on the basis that she is not disabled. (*See* Compl. (Dkt. No. 1).)[1] The Court referred the case to Magistrate Judge Victoria Reznik ("Judge Reznik") pursuant to pursuant to 28 U.S.C. § 636(b)(1)(A). (Dkt. No. 7.) Plaintiff filed a Memorandum of Law in support of her motion, which was styled as a motion for judgment on the pleadings (the "Motion," *see* Dkt. No. 11); the Commissioner filed a brief in response, and Plaintiff filed a reply Memorandum. (*See* Dkt. No. 12 ("Pl.'s Mem."); Dkt. No. 14 ("Def.'s Br."); Dkt. No. 15 ("Reply").) On July 31, 2026, Judge Reznik issued a Report and Recommendation ("R&R") recommending that the Court deny the Motion. (Report and Recommendation ("R&R") (Dkt. No. 16).) No objections were filed.[2]

[1] In citations to record materials, the Court refers to page numbers as automatically generated by the Electronic Case Filing system.

[2] Judge Reznik provided notice that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, objections to the R&R were due within fourteen days from the receipt of the R&R, and that the failure to object would constitute a waiver of either Parties' right to raise any objections to this R&R on appeal. (*See* R&R 28.)

Because no objections have been filed, the Court reviews the R&R "only for clear error on the face of the record." *See Brennan v. Colvin*, No. 13-CV-6338, 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25, 2015) (quotation marks omitted); *see also Torres v. Golden Home Furniture Inc.*, No. 20-CV-4789, 2023 WL 3791807, at *1 (S.D.N.Y. June 2, 2023) (same); *ExxonMobil Oil Corp. v. TIG Ins. Co.*, No. 16-CV-9527, 2022 WL 17070111, at *1 (S.D.N.Y. Nov. 17, 2022) (same). Having reviewed the R&R for clear error and finding none, the Court adopts the R&R in its entirety.

Accordingly, it is hereby:

ORDERED that Plaintiff's Motion (Dkt. No. 11) is DENIED consistent with the R&R. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 11 and to close this case.

SO ORDERED.

Dated: September 18, 2026
White Plains, New York

KENNETH M. KARAS
United States District Judge