**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ASHLEY RAYNE JOHNSTON,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendants.

-----------------------------------------------------------------X

25 **CIVIL** 7421 (KMK)

# **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 18, 2026, having reviewed the R&R for clear error and finding none, the Court has adopted the R&R in its entirety. Plaintiff's Motion (Dkt. No. 11) is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
November 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. mango

**Deputy Clerk**